UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Scott A. Lifer,

Plaintiff,

Civil 01-1874 (RHK/JMM)

vs.

**ORDER**

Lumber Technologies Corporation, and its representatives, Monroe Satsky, Darren Satsky, and Michael R. Spar; the Minnesota Department of Revenue, and its agents, Richard Groger, Supervisor, Linda Gott, Revenue Examiner, M. J. Schaefer, and Matthew G. Smith, Commissioner, in their official and individual capacities,

Defendants.

---

The dispositive motion filed on behalf of the "Lumber Tech defendants" is referred to Magistrate Judge John M. Mason for a recommended disposition. The January 8, 2002 hearing before the undersigned is **CANCELED**. If Judge Mason desires oral argument, the parties will be notified of a new hearing date.

Dated: December 4, 2001

RICHARD H. KYLE
United States District Judge

FILED DEC 04 2001
RICHARD D. S...
JUDGMENT ...
DEPUTY C...