UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SCOTT A. LIFER,

Plaintiff,

v.

LUMBER TECHNOLOGIES CORPORATION, et al.,

Defendants.

CIVIL NO. 01-1874 (RHK/JMM)

ORDER/NOTICE OF HEARING

By Order dated December 4, 2001, Defendants Lumber Technology Corporation, Monroe Satsky, Darren Satsky and Michael Spar's Motion to Dismiss or for Summary Judgment was referred to the undersigned for disposition.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. No later than December 26, 2001, Plaintiff shall submit a Memorandum and such supporting Affidavits as may be appropriate, setting forth the reasons, if any there be, why Defendants' Motion to Dismiss or for Summary Judgment should not be granted; and

2. Defendants may submit a Reply no later than January 3, 2002.

3. On January 8, 2002 at 10:00 a.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, Plaintiff and Defendants shall appear before this Court to present oral argument as to whether the Defendants' Motion to Dismiss or for Summary Judgment should be granted.

Dated: December 5, 2001

JOHN M. MASON
United States Magistrate Judge

DEC 05 2001
FILED_____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____