UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SCOTT A. LIFER,

Plaintiff,

v.

LUMBER TECHNOLOGIES CORPORATION, MONROE SATSKY, DARREN SATSKY, MICHAEL R. SPAR, MINNESOTA DEPARTMENT OF REVENUE, RICHARD GROGER, LINDA GOTT, M. J. SCHAEFER, and MATTHEW G. SMITH,

Defendants.

CIVIL NO. 01-1874 (RHK/JMM)

ORDER

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated March 1, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Dismiss Without Prejudice [Docket No. 26] is granted as follows: Plaintiff's Complaint may be, and hereby is dismissed without prejudice, however, upon the condition that if Plaintiff commences this or any similar action against any of the Defendants, in any court, and does not prevail, Plaintiff Scott A. Lifer shall be liable for the costs and attorneys' fees incurred by said Defendants in the action now before the Court, in addition to any other costs, damages or penalties which may be incurred in the newly commenced action.

FILED MAR 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 28 2002
DEPUTY CLERK

2. Defendant Lumber Technologies' Motion to Dismiss or for Summary Judgment [Docket No. 7], Defendant Minnesota Department of Revenue's Motion to Dismiss or for Summary Judgment [Docket No. 13] and Plaintiff's Motion for Extension of Time to Respond to State Defendant's Motion [Docket No. 16] are dismissed as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 3/28/02

RICHARD H. KYLE
United States District Court Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

> ***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995